1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEAN KELLER SOTO,

        Plaintiff,

   v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.

No. 5:23-cv-00706-AJR

**JUDGMENT OF REMAND**

    The Court having approved the parties' Stipulation for Voluntary Remand to Agency Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment ("Stipulation to Remand"), lodged concurrently with the lodging of the within Judgment of Remand, **IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  8/22/23

                                    HON. A. JOEL RICHLIN
                        UNITED STATES MAGISTRATE JUDGE