UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN KELLER SOTO, | ) No. 5:23-cv-00706-AJR |
|  Plaintiff, | ) ORDER AWARDING EAJA FEES |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|  Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED AND TWENTY-EIGHT DOLLARS AND 89/100 ($4,528.89), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: 9/20/23

*Joel Richlin*

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-